UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |
|---|---|
| JOHN LANG, | : |
| | : CASE NO. 15-CV-2436 |
| Plaintiff, | : |
| | : |
| v. | : OPINION & ORDER |
| | : [Resolving Doc. 31] |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | : |
| | : |
| Defendant. | : |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant First Advantage Background Services Corp. ("First Advantage") moves for a second protective order. Plaintiff Lang opposes.

On April 14, 2016, this Court denied the parties' stipulated protective order as broad, unspecific, and against the public's interest in access to court documents.[1]

With its reply in support of the second protective order, First Advantage admits that the second protective order deals only with discovery between the parties.[2] The protective order does not deal with documents meant for this Court's public docket. Furthermore, Defendant does not make a specific showing that private disclosures would endanger any of its trade secrets.

Parties are free to make any outside agreements they want on the scope of discovery. However, this Court does not give official approval of such outside agreements. A protective order dealing only with private discovery is not a proper use of the Court's authority.[3]

---

[1] Doc. 30.
[2] Doc. 36 at 1.
[3] See *Salling v. Budget Rent-A-Car Sys., Inc.*, No. 1:09-CV-2160, 2010 WL 446073, at *2 (N.D. Ohio Feb. 2, 2010).

Case No. 15-cv-2436
Gwin, J.

This Court **DENIES** Defendant's motion for a protective order.


IT IS SO ORDERED.



Dated: May 27, 2015                                          *s/        James S. Gwin*
                                                             JAMES S. GWIN
                                                             UNITED STATES DISTRICT JUDGE

-2-